# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

GARY DEMERCURIO and JUSTIN LAWSON WYNN

           Plaintiff(s),

v.

DALLAS COUNTY, IOWA, and CHAD LEONARD

           Defendant(s),

**CIVIL NUMBER:** 4:23-cv-00210-SHL-HCA

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendants' Motion to Dismiss is granted in part and remanded in part. Judgment is entered in favor of Defendants against Plaintiff on the 42 U.S.C. § 1983 claims. The Court remands the state law claims back to state court.

Date: September 28, 2023

CLERK, U.S. DISTRICT COURT

/s/ M. Mast
_____
By: Deputy Clerk